# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**319**

**CA 11-01843**

PRESENT: SCUDDER, P.J., SMITH, CARNI, AND SCONIERS, JJ.

---

IN THE MATTER OF THE ARBITRATION BETWEEN
STARPOINT CENTRAL SCHOOL DISTRICT,
PETITIONER-APPELLANT,

                    AND                        ORDER

CSEA, INC., LOCAL 872, STARPOINT CENTRAL
SCHOOL DISTRICT BUILDINGS AND GROUNDS
UNIT #7698, RESPONDENT-RESPONDENT.

---

SARGENT & COLLINS, LLP, WILLIAMSVILLE (RICHARD G. COLLINS OF COUNSEL),
FOR PETITIONER-APPELLANT.

REDEN & O'DONNELL, LLP, BUFFALO (TERRY M. SUGRUE OF COUNSEL), FOR
RESPONDENT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Niagara County
(Richard C. Kloch, Sr., A.J.), entered July 1, 2011 in a proceeding
pursuant to CPLR article 75.  The order, among other things, dismissed
the petition.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  April 27, 2012                       Frances E. Cafarell
                                             Clerk of the Court